GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
Jonathan.Altman@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DEVIN A. MCRAE (State Bar No. 223239)
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiffs
KENNY ROSEN, CORIE HENSON, AND MICHAEL O'SULLIVAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Kenny Rosen, Corie Henson, and Michael O'Sullivan,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CBS Broadcasting Inc.,<br><br>        Defendant. | CASE NO. CV12-09751 GAF (JEMx)<br><br>**NOTICE OF LODGING [PROPOSED] SEPARATE STATEMENT OF UNDISPUTED FACTS**<br><br>Hearing<br>Date:    January 28, 2013<br>Time:    9:30 a.m.<br>Place:   Roybal, Ctrm. 740<br>Judge:   Hon. Gary A. Feess |

PLEASE TAKE NOTICE that pursuant to Local Rule 56-1 and this Court's Scheduling and Case Management Order, Plaintiffs hereby lodge with the Court a [Proposed] Separate Statement of Undisputed Facts.

DATED: December 14, 2012

Munger, Tolles & Olson LLP

GLENN D. POMERANTZ
JONATHAN E. ALTMAN
CAROLYN HOECKER LUEDTKE

By: */s/ Glenn D. Pomerantz*
GLENN D. POMERANTZ

Attorneys for Plaintiffs
Kenny Rosen, Corie Henson, and Michael O'Sullivan

Early Sullivan Gizer Wright & McRae LLP

DEVIN A. MCRAE

By: */s/ Devin A. McRae*
DEVIN A. MCRAE

Attorneys For Plaintiffs
Kenny Rosen, Corie Henson, and Michael O'Sullivan