UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-9751 GAF (JEMx) | Date | February 4, 2013 |
| Title | KENNY ROSEN, ET AL. V. CBS BROADCASTING, INC. | | |

| | |
|---|---|
| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |

| Terry Guerrero for Renee Fisher | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Devin Alexander McRae | Theane Evangeis |
| Glenn D. Pomerantz | Scott A. Edelman |
| Jonathan E. Altman | Angelique Kaounis |

**Proceedings:**     MOTION(S) HEARING (Non-Evidentiary) (Held & Completed)

1)   **DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A STAY PENDING ARBITRATION [8]**

2)   **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT  [10]**

    Matter called.  Counsel state their appearances for the record.  Court advises counsel/the parties of the tentative ruling as stated in court and on the record on above motion(s) and invites counsel to present their oral arguments.  Arguments by counsel are heard.  The matter is taken under submission, a written order to follow.


    IT IS SO ORDERED.

|  | : | 50 |
|---|---|---|
| | Initials of Preparer | tg |